# Exhibit 14

# Filed Under Seal

# Exhibit 15

# Filed Under Seal