UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
MOHAMMED M. AHMED,

                                    Plaintiff,          ORDER

     -against-                                   CV 10-3609 (ADS)(ETB)

T.J. MAXX CORP. and TJX COMPANIES, INC.,

                                    Defendants.
----------------------------------------------------------------------------X

      The application, dated November 16, 2012, for a stay of the Memorandum Opinion and Order, dated November 14, 2012, pending the defendants' appeal pursuant to Rule 72 is granted on the condition that the appeal is timely prosecuted and on the further condition that the statute of limitations is tolled pending the outcome of the Rule 72 appeal.

**SO ORDERED:**

Dated: Central Islip, New York
         November 20, 2012

                                                /s/ E. Thomas Boyle
                                              E. THOMAS BOYLE
                                              United States Magistrate Judge